IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PEDRO CHAPARRO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 7:17-cv-00261 |
| | § | |
| STATE FARM LLOYDS | § | |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff **Pedro Chaparro** and Defendant **State Farm Lloyds** ("the Parties") announce to the Court that due to the contractual appraisal provision being involved, there is no further need for case discovery or court involvement in the case. Accordingly, the Parties **stipulate to suit dismissal with prejudice.** The Parties respectfully pray that the Court direct the Clerk to close the case file.

STIPULATED TO AND APPROVED BY:

_____        _____
Christopher D. Bertini                 Scott T. Clark
State Bar No. 02256060                 State Bar No. 00795896
THE BERTINI LAW FIRM, P.C.             ADAMS & GRAHAM, L.L.P.
1984 Trube Estate Building             P.O. Drawer 1429
2415 Market Street                     Harlingen, Texas 78551-1429
Galveston, Texas 77550                 sclark@adamsgraham.com
*cbertini@bertinilaw.com*

                                       *Attorney-in-Charge for Defendant*
*Attorney-in-Charge for Plaintiff*