UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| PEDRO CHAPARRO, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-261 |
| § | |
| STATE FARM LLOYDS, § | |
| § | |
| Defendant. § | |

## ORDER

The Court now considers the stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal without a court order when the stipulation of dismissal is signed by all parties who have appeared.[2] Here, the stipulation of dismissal was signed by all parties who have appeared.[3] Thus, the case is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 10th day of August, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 5.
[2] Fed. R. Civ. P. 41(a)(1)(A)(ii).
[3] Dkt. No. 5, at p. 1.